**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| **OPHIEL WATKINS,** ) | |
| ) | **Case No.** |
| Plaintiff, ) | |
| v. ) | **Judge** |
| ) | |
| **P.O. DAVID WRIGHT AND P.O. JOHN DOE 1-3, Individually,** ) | **Magistrate Judge** |
| ) | |
| ) | **JURY DEMAND** |
| Defendants. ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, OPHIEL WATKINS by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and in support of their Complaint against the Defendants, P.O. DAVID WRIGHT AND P.O. JOHN DOE 1-3, individually, state as follows:

**COUNT I – EXCESSIVE FORCE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, OPHIEL WATKINS accomplished by acts and/or omissions of the Defendants, P.O. DAVID WRIGHT and P.O. JOHN DOE 1-3, individually, committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiff, OPHIEL WATKINS, is a resident of the State of Illinois.

4. The Defendants, P.O. DAVID WRIGHT and P.O. JOHN DOE 1-3, individually, were at all times relevant to the allegations of the Complaint, duly appointed Lake Station police officers and were acting within their scope of employment and under color of law.

5. On or about January 16, 2021, the Plaintiff, OPHIEL WATKINS, was driving a car in the vicinity of East 3719 and Wisconsin in Lake Station , Indiana.

6. The Plaintiff was not committing a crime or breaking any laws.

7. The Plaintiff, OPHIEL WATKINS, was stopped by P.O. DAVID WRIGHT.

8. The Defendant P.O. DAVID WRIGHT pulled over the Plaintiff and accused him of speeding.

9. The Defendant P.O. DAVID WRIGHT came upon the scene and started harassing the Plaintiff, OPHIEL WATKINS.

10. In fear of his safety and based on the harassment he was receiving, the Plaintiff asked for a supervisor ("white shirt") to come to the scene.

11. Instead, several other Lake Station officers arrived, including JOHN DOE 1-3.

12. One or more of the Defendants started to physically search the Plaintiff and his passenger.

13. The Plaintiff complained about the manner of force used upon him.

14. The Plaintiff was thrown down to the ground.

15. The Defendants handcuffed the Plaintiff.

16. The Plaintiff, OPHIEL WATSON, did not attack the Defendants or resist arrest.

17. The Defendants searched the Plaintiff and the vehicle despite no probable cause to search the vehicle.

18. There were no facts to support any probable cause that Plaintiff was committing any crime.

19. The Plaintiff was arrested.

20. The force used by the police was excessive and unreasonable.

21. The other Defendant officers could have interfered but allowed the excessive force to continue.

22. The actions of the Defendants were intentional, willful and wanton.

23. As a result of the Defendants' actions, the Plaintiff was wrongfully seized and attacked.

24. The Plaintiff was injured.

25. The Plaintiff sought medical care.

26. The actions of the Defendants constituted a violation of the Plaintiff OPHIEL WATKINS's Fourth Amendment rights as protected by 42 U.S.C. § 1983.

27. As a result of the actions of the Defendants, the Plaintiff, OPHIEL WATKINS suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

WHEREFORE, the Plaintiff, OPHIEL WATKINS prays for judgment in his favor and against the Defendants, P.O. DAVID WRIGHT and P.O. JOHN DOE 1-3, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## **JURY DEMAND**

The Plaintiff, OPHIEL WATKINS hereby request a trial by jury.

Respectfully submitted,
OPHIEL WATKINS

By:   */s/ Gregory E. Kulis*
One of Plaintiff' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
gkulis@kulislawltd.com
service@kulislawltd.com